**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TERRANCE LORENZO SIM, JR.,**

    **Plaintiff,**

**vs.**                                                 **Case No. 4:10cv415-RH/WCS**

**LT. SCOTT WELCH,**

    **Defendant.**

_____/

## **REPORT AND RECOMMENDATION**

In an order entered on January 3, 2011, the *pro se* Plaintiff was directed to file a second amended civil rights complaint. Doc. 19. Plaintiff was to have filed the pleading by February 3, 2011. He has not done so. Furthermore, the prior court orders instructed Plaintiff to "immediately file a notice to the Clerk's Office in the event that his address changes or he is transferred or released from custody." Docs. 17, 19. Plaintiff has not complied and that last order that was entered, doc. 18, has been returned to the Court as undeliverable. Doc. 19. The website for the Georgia Department of Corrections reveals that Plaintiff has been released from prison in Georgia, and no forwarding address is available. In light of the mail return, doc. 19, and Plaintiff's failure

to keep the Court informed as to his current address, this case should be dismissed for failure to prosecute.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991). Plaintiff has not demonstrated a desire to prosecute this case and the Court is unable to locate Plaintiff. This case should now be dismissed.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 15, 2011.

    S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**