# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TERRANCE LORENZO SIM, JR.,

    Plaintiff,

v.                             CASE NO. 4:10cv415-RH/WCS

LT. SCOTT WELCH,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 21. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on April 5, 2011.

                                          s/Robert L. Hinkle
                                          United States District Judge